CASPER SCHANTZ, Administrator of the Estate of Raphael Schantz, Deceased, Respondent, v. NORTHERN PACIFIC RAILWAY COMPANY, Appellant.

(167 N. W. 370.)

This case is governed by the decision rendered in Froelich v. Northern P. R. Co. ante, 307.

Opinion filed April 8, 1918.

Appealed from an order of the District Court of Morton County. Reversed.

*Jacobson & Murray,* for respondent.

*Watson, Young, & E. T. Conmy,* for appellant.

GRACE, J. This action was argued and submitted at the same time as the case of Froelich v. Northern P. R. Co. (ante, 307, 167 N. W. 366). The facts in the case are the same as in Froelich v. Northern P. R. Co. In principle, this case is also identical with that.

On the authority of the case of Froelich v. Northern Pacific Rail-

way Company the order of the District Court appealed from is. reversed, with costs.